IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| THONY BEAUBRUN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-097 |
| | ) | |
| LIEUTENANT BRAY and OFFICER BENTLEY, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 47, 51.) Nothing in Plaintiff's objections changes the analysis that Plaintiff's second amended complaint is due to be dismissed for failure to state a claim upon which relief may be granted.

Accordingly, the Court **OVERRULES** Plaintiff's objections, **DENIES** as **MOOT** Plaintiff's Motion for the Court Clerk to Remove Plaintiff from Forma Pauperis to Only Pro Se, (doc. no. 45), Motions for Entry of Default, (doc. nos. 46, 48), and Motion for Summary Judgment, (doc. no. 49), **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's second amended complaint against Defendants Bray and Bentley for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 3rd day of August, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE