U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AUG - 8 2024

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| THONY BEAUBRUN, | ) |
| | ) |
| Plaintiff- Appellant, | ) |
| | ) CASE NO.   3:22-cv-97 |
| V. | ) |
| | ) Appeal No. 23-12757-DD |
| DODGE STATE PRISON, et al., | ) |
| | ) |
| Defendants - Appellees. | ) |

# ORDER

The appeal in the above-styled action having been dismissed for want of prosecution by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Order of this Court.

**SO ORDERED**, this _____ day of AUGUST, 2024.

_____
HONORABLE DUDLEY H. BOWEN, JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA